In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Relative to Acquiring Title to the Lands Required for the Purpose of Opening Whitlock Avenue, from Hunt's Point Road to Westchester Avenue, in the Twenty-third Ward of the City of New York.

WILLIAM SIMPSON et al., as Executors of WILLIAM SIMPSON, Deceased, Appellants; THE CITY OF NEW YORK et al., Respondents.

*Matter of Mayor, etc. (Whitlock Ave.),* 51 App. Div. 436, appeal dismissed.
(Argued June 7, 1900; decided June 22, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1900, modifying and affirming as modified an order of Special Term denying a motion to confirm a report of the commissioners of estimate and assessment and directing that the report be returned to them for correction.

*Barclay E. V. McCarty* and *Jared G. Baldwin Jr.,* for appellants.

*John Whalen, Corporation Counsel (Theodore Connoly, John P. Dunn* and *Thomas C. Blake* of counsel), for the city of New York, respondent.

*Truman H. Baldwin* for Mary A. Hoe et al., respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.